■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANTEE BROOKS, Appellant. [29 NYS3d 192]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered November 2, 2011, as amended November 7, 2011, convicting him of robbery in the first degree, attempted robbery in the first degree, burglary in the second degree, and burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

Contrary to the defendant's contentions, he was not deprived of the effective assistance of counsel in connection with his motion pursuant to CPL 30.30 to dismiss the indictment (*see People v Brunner*, 16 NY3d 820, 821 [2011]; *People v Young*, 110 AD3d 1107, 1107-1108 [2013]; *People v Boumoussa*, 104 AD3d 863, 863 [2013]; *People v Hernandez*, 92 AD3d 802, 803 [2012]; *cf. People v Turner*, 5 NY3d 476, 478 [2005]). Rivera, J.P., Balkin, Barros and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO BRUNO, Appellant. [29 NYS3d 197]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 2015 (*People v Bruno*, 127 AD3d 986 [2015]), affirming a judgment of the Supreme Court, Kings County, rendered October 29, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Leventhal, Maltese and Duffy, JJ., concur.